## February 16, 1973.

M. P. No. 73-39. CLAIRE JACOB *v.* FRED BURKE *et al.* Treating petition for writ of certiorari as a motion for a stay pending appeal, motion is granted and stay ordered on January 26, 1973 will remain in effect pending determination of the appeal. *Urso and Adamo, Natale L. Urso,* for plaintiff-respondent. *Joseph V. Cavanagh,* for defendant-petitioner, School Committee of the Town of South Kingstown.

M. P. No. 73-44. *In re* PETITION OF KEVEN A. MCKENNA. Petition granted, and Board of Bar Examiners is ordered to allow petitioner to file application for permission to take the bar examinations scheduled for February 27 and 28, 1973, such filing to be completed on or before February 22, 1973. *Keven A. McKenna,* petitioner, pro se.

C. A. No. 73-5. STATE *ex rel.* W. J. LYNCH *v.* GEORGE OGLEY, JR. Motion and papers are remanded to Superior Court with direction that said court hear and pass upon defendant's motion that the truth of the papers, pleadings and transcript be established. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.